# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division



FILED SEP 23 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:19CR**139** |
| v. | 18 U.S.C. § 1029(a)(2)<br>Access Device Fraud |
| SHANDAJA PYER, | (Count 1) |
| *Defendant.* | Forfeiture Allegation |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(Access Device Fraud—Obtaining More than $1,000 in Goods and Services)

Beginning in or around September 2018 and continuing through in or around October 2018, in the Eastern District of Virginia, the defendant, SHANDAJA PYER, knowingly and with intent to defraud, used unauthorized access devices, namely credit card numbers, as defined in subsection (e)(3), and by such conduct obtained $11,281.52, with said use affecting interstate and foreign commerce, in that each of the defendant's fraudulent uses of those credit card numbers required accessing and utilizing a computer server located outside of the Commonwealth of Virginia.

(In violation of Title 18, United States Code, Section 1029(a)(2)).

### FORFEITURE

Pursuant to 32.2 of the Federal Rules of Criminal Procedure, the defendant, upon conviction of the offense, shall forfeit to the United States any property which constitutes, or is derived from, proceeds she obtained directly or indirectly, as the result of such offense, pursuant

to 18 U.S.C. §§ 982(a)(2)(B) and 28 U.S.C. § 2461(c).

The property subject to forfeiture includes but is not limited to the following:

A sum of money of at least $11,281.52, which represents the total proceeds of the offense charged in Count 1, which shall be reduced to a money judgment against the defendant in favor of the United States.

(All in accordance with Title 18, United States Code, Sections 982(a)(2)(B), as incorporated by Title 28, United States Code, Section 2461(c)).

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By: _____
      Kenneth R. Simon, Jr.
      Thomas A. Garnett
      Assistant United States Attorneys